[No. 37997-0-II.  Division Two.  June 10, 2009.]

*In the Matter of the Marriage of* Arika L.R. Toney,
*Appellant*, and Timothy J. Aheren III, *Respondent*.

Appeal from a judgment of the Superior Court for Cowlitz
County, No. 98-5-00114-5, Patrick L. Kubin, J. Pro Tem.,
entered June 18, 2008. *Affirmed* by unpublished opinion
per Houghton, J., concurred in by Hunt and Quinn-
Brintnall, JJ.

[No. 60541-1-I.  Division One.  June 15, 2009.]

The State of Washington, *Respondent*, v. Nikita Sergeyevich
Morozov, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 07-1-00032-8, Christopher A. Washington, J.,
entered August 6, 2007. *Affirmed* by unpublished opinion
per Becker, J., concurred in by Cox and Ellington, JJ.

[No. 61105-4-I.  Division One.  June 15, 2009.]

*In the Matter of the Marriage of* Viveca Sanai, *Appellant*,
and Sassan Sanai, *Respondent*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 01-3-00054-5, Kenneth L. Cowsert, J.,
entered December 7, 2007. *Affirmed* by unpublished opin-
ion per Grosse, J., concurred in by Dwyer, A.C.J., and
Ellington, J.

[No. 61168-2-I.  Division One.  June 15, 2009.]

The State of Washington, *Respondent*, v. Kevin Pegues,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 07-1-00613-0, Michael Hayden, J., entered
October 29, 2007. *Affirmed* by unpublished opinion per
Schindler, C.J., concurred in by Cox and Appelwick, JJ.